**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UPCHURCH PLUMBING, INC.**                                  **PLAINTIFF**

**VERSUS**                  **CIVIL ACTION NO: 4:08-CV-00165-WAP-DAS**

**POWER EQUIPMENT CO. OF MEMPHIS
and PRECISION BOILERS, INC.**                            **DEFENDANTS**

## ORDER

By agreement of the parties,

IT IS ORDERED that the defendant, Precision Boilers, Inc., shall have through and including February 6, 2009, within which to serve its responsive pleading to the plaintiff's complaint.

SO ORDERED, this the 2nd day of February, 2009.

                                           /s/ David A. Sanders
                                           UNITED STATES MAGISTRATE JUDGE

APPROVED:
s/Samuel C. Kelly
Attorney for Plaintiff

s/Ronald L. Roberts
Attorney for Defendant,
Precision Boilers, Inc.