# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**UPCHURCH PLUMBING, INC.**                                                 **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO: 4:08-CV-00165**

**POWER EQUIPMENT CO. OF MEMPHIS**
**and PRECISION BOILERS, INC.**                                       **DEFENDANTS**

## ORDER

By agreement of the parties,

IT IS, ORDERED, that the defendant, Precision Boilers, Inc., shall have through and including September 30, 2009, within which to serve its responses to plaintiff's outstanding interrogatories and requests for production.

SO ORDERED, this the 31[th] day of August, 2009.

                                                      /s/David A. Sanders
                                                      UNITED STATES MAGISTRATE JUDGE